# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, J.R. MCFARLANE, S.P. LOGAN**
Appellate Military Judges

### UNITED STATES OF AMERICA

v.

### JALEEL J. BUIE
### PRIVATE FIRST CLASS (E-2), U.S. MARINE CORPS

### NMCCA 201300478
### SPECIAL COURT-MARTIAL

**Sentence Adjudged:** 28 August 2013.
**Military Judge:** Col Michael Richardson, USMC.
**Convening Authority:** Commanding Officer, 1st Battalion, 11th Marines, 1st Marine Division, Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation:** LtCol D.R. Kazmier, USMC.
**For Appellant:** CDR Christopher Roper, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**30 April 2014**

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court